**Order filed September 25, 2020**



# In The

# Eleventh Court of Appeals

_____

## No. 11-20-00209-CV

_____

## IN THE INTEREST OF J.P., J.S.P., AND A.P., CHILDREN

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 7971-CX**

### O R D E R

In this accelerated parental-termination appeal, the mother's court-appointed trial counsel filed a notice of appeal on the mother's behalf. The trial court subsequently granted trial counsel's motion to withdraw and appointed Charles Rice to represent the mother in this appeal. Rice has now filed a motion to withdraw as counsel for the mother. In his motion to withdraw, Rice indicates that "Mother telephoned appellate counsel herein and advised him of her desire to proceed with this appeal *pro se*." The Texas Supreme Court's opinion in *In re P.M.*, 520 S.W.3d 24 (Tex. 2016), reflects upon this court's duties with respect to appellate counsel.

We believe that this appeal must be abated so that the trial court may determine matters related to Rice's motion to withdraw. *See P.M.*, 520 S.W.3d at 27 n.13.

Accordingly, we abate this appeal and remand the cause to the trial court so that it may determine whether the mother desires to represent herself in the prosecution of this appeal and, if so, whether Rice should be permitted to withdraw as counsel for the mother in this appeal. The trial court is directed to conduct a hearing on or before October 15, 2020.[1] We note that the mother need not appear in person at the hearing and that the trial court may permit her to appear via telephone or other electronic means. The district clerk is directed to immediately file a supplemental clerk's record in this court containing the trial court's findings and conclusions and any order entered by the trial court with respect to the mother's desire to represent herself and the appointment or withdrawal of counsel. Additionally, the court reporter is directed to immediately file a reporter's record from the hearing. When the supplemental records are filed, the appeal will be reinstated.

The appeal is abated.

PER CURIAM

September 25, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[2]

Willson, J., not participating.

---

[1]We note that this appeal is accelerated, and so far as reasonably possible, this court must ensure that the appeal is brought to final disposition by March 9, 2021, which is 180 days after the notice of appeal was filed in this case. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a).

[2]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.